STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT

United States law, Title 18, United States Code 2258A, requires Electronic Communication Service Providers (ECSs) and Remote Computer Service Providers (RCSs), including Internet Service Providers (ISPs) (collectively, "Providers") to report violations of federal laws regarding the sexual exploitation of children. This law identifies the National Center for Missing and Exploited Children ("NCMEC") as the central repository for these reports. The Providers generate "CyberTip" reports that they provide to NCMEC when a suspected violation of federal child exploitation laws has occurred. NCMEC analysts then review these "CyberTips" and forward this information to local law enforcement when they are able to determine the identity and/or location of the perpetrator.

Rabbit, Inc. ("Rabbit"), a Provider, owns and operates a free-access social-networking website of the same name that can be accessed at http://www.rabb.it ("Rabbit"). Rabbit defines itself as an online space that users can share and stream videos or photographs with other users. Rabbit is capable of being used on an Android, Apple, or web-based operating system.

On or about November 2, 2018, the Metropolitan Police Department ("MPD")/Federal Bureau of Investigation ("FBI") Child Exploitation Human Trafficking Task Force ("CEHTTF") received CyberTips #41484300, #41529487, #41483646, #41539030, #41537432, #41529709, #41529534, #41484659, #41538814, #41537095, #41529615, and #41484513 (Collectively "the CyberTips") from NCMEC. Those CyberTips were based on information provided to NCMEC from Rabbit regarding the Rabbit user with username "BREAKINSMIRK."

The CyberTips revealed that on or about October 10, 2018, an individual utilizing the Rabbit screen name "BREAKINSMIRK" used the IP address 108.48.193.189 to upload approximately twelve images depicting child pornography to Rabbit. Rabbit identified these

1

files as known child pornography by using the Microsoft Photo DNA application ("Photo DNA"). Photo DNA works by processing the content of image and video files through an algorithm to create a unique numerical "hash" value—akin to a digital fingerprint—for each file's content. It then compares these numerical hash values to the numerical hash values of known child pornography files, and identifies when an image or video file on the service running Photo DNA matches a known child pornography image or video.

Members of the CEHTTF reviewed the content of the CyberTips that led to the recovery of the twelve images of known child pornography identified by NCMEC. Ten of the images depicted the genital and anal areas of pre-pubescent female minors. The majority of the minor females depicted are Caucasian, have light blonde hair, and one of the minor females can be seen holding a large sex toy while her genitals and anus are the focus of the image. Of the two remaining images, one displays a minor female sleeping with her nipples exposed, and the second displays two minor females apparently penetrating one another's vaginas with their fingers.

Based on the CyberTips from Rabbit, the FBI issued a subpoena for the IP address 108.48.193.189 during the time period between August 16, 2018, to October 17, 2018, encompassing the date of the aforementioned uploads of child pornography to Rabbit. The IP address resolved to Verizon. Verizon identified the subscriber to that IP address during the relevant period as Molly O'Neill, residing at XXX XXXXXX XXXX, Northwest, Washington, D.C., 20011, with a telephone number of XXX-XXX-XXXX.

The FBI also issued an administrative subpoena to Verizon to identify any additional or new IP addresses associated with the account belonging to Molly O'Neill at XXX XXXXX XXXXXX, Northwest in Washington, D.C. Verizon responded to the subpoena by identifying

the IP address of 108.48.148.239 as the IP address for the account since October 17, 2018. Your affiant was advised that an IP address for a subscriber can change for several reasons, to include a modem being restarted.

Using law enforcement sensitive databases, your affiant conducted a records check of the address of XXX XXXX XXX, Northwest in Washington, D.C. Your affiant found that two individuals resided at the location. These individuals were identified as the defendant, Thomas Moir ("MOIR"), and Molly O'Neill Moir. Your affiant searched open source internet sites to determine that the two individuals were married at the time of the offenses set forth herein, and that they had a toddler child in common.

The FBI issued an administrative subpoena to Rabbit to identify any accounts that had utilized the IP address of 108.48.148.239, identified by Verizon, at the XXX XXXX XXXX, Northwest address in Washington, D.C. Rabbit responded, inter alia, by identifying the accounts of "MMONTANA," "BUNNY35950," "BREAKINSMIRK," and "FAPPY_STROKEZ" as having used this IP address. Rabbit reported that the accounts were registered with the following email addresses respectively: mistymontana@hotmail.com, tommoir@hotmail.com, breakinsmirk@hotmail.com, and metasmirk@hotmail.com. Rabbit also advised that the accounts of "BREAKINSMIRK," "MMONTANA" and "FAPPY_STROKEZ" had been banned due to matches identified by the PhotoDNA application identifying images of child pornography on the accounts, and that CyberTips were sent to NCMEC as a result of these matches.

In total, CEHTTF received CyberTips from NCMEC regarding Rabbit reporting child pornography having been distributed using their servers from three of the accounts listed above. The first was the group of CyberTips described above from October 10, 2018 regarding the user account "BREAKINSMIRK". Rabbit also provided a CyberTip regarding the user account

"MMONTANA" on November 26, 2018, and another CyberTip regarding the user account "BREAKINSMIRK" on December 7, 2018.[1] All of the CyberTips reported contained numerous images of child pornography and child erotica associated with those accounts. The images are almost all exclusively of Caucasian female minors appearing to range in age from pre-pubescent to teenaged, with light colored hair.

On December 14, 2018, the CEHTTF obtained a search warrant in case number 18-sw-336 from the United States District Court for the District of Columbia for the content of the Rabbit user accounts "MMONTANA," "BREAKINSMIRK," "FAPPY_STROKEZ," and "BUNNY35950."[2] In response to the warrant, Rabbit provided the contents of those accounts, to include images contained within the accounts and communications with other individuals on Rabbit using those accounts. Rabbit provided content for each account for the following dates:

BREAKINSMIRK: October 11, 2018

FAPPY_STROKEZ: September 18, 2018

MMONTANA: November 26 to December 4, 2018

The CEHTTF reviewed the images and content of communications for each account provided by Rabbit. In combination, the three accounts contained approximately 230 megabytes of images depicting child pornography. These images depicted predominantly Caucasian pre-pubescent females with their genitalia exposed in a sexually explicit manner. For example, among the images included were the following:

---

[1] Rabbit has not yet produced the contents of the CyberTip regarding the user account FAPPY_STROKEZ.

[2] The contents of "BUNNY35950" were not preserved by Rabbit and therefore were not provided.

1. A pre-pubescent Caucasian female child with blonde hair who is depicted completely nude with the front of her genitals exposed to the camera. The child has her eyes closed, and appears to have semen running down her face down to her chest and her stomach.

2. A pre-pubescent Caucasian female child wearing no pants or underwear with a dark shirt covering her chest. The child's exposed vagina and anus are the focus of the camera, and the child is holding a large black sex toy.

3. A pre-pubescent Caucasian female child who is completely nude, with her anus and vagina exposed to the camera. The child appears extremely thin and is staring vacantly at the camera.

The content of the communications between the user of the accounts "FAPPY_STROKEZ," "BREAKINSMIRK," and "MMONTANA," identified as the defendant MOIR as set forth herein, and other Rabbit users was graphic in nature. It involved users posting images of child pornography, and then discussing the desired sex acts in which they wished to engage with the children depicted. The users would type messages, or ask the other to switch to "Mic"[3] so that they could speak to one another, and listen to one another masturbating. For example, MOIR sent the following comments in response to images of child pornography that were posted by other users:

- zero limits here man.... :)
- petite little cuties!
- mmm little cockteases get what they deserve
- I'll stroke her all over while you [another Rabbit user] slide in and out!!
- would eat that perfect pussy after you [another Rabbit user] came in it
- love to trade pics of hotties and moan on mic together... pvt me if you're into it :)

---

[3] "Mic" is a term frequently used by computer/gaming console users when they advise other users that they are using their microphone or headphones.

Using the "MMONTANA" account, MOIR appeared availed himself of Rabbit's "My Room" feature, which allows the users to create a personal space to host other users for the purpose of streaming video, sharing multimedia, and messaging one and another. From the "MMONTANA" account in such a group room, on or about between November 26 and December 4, 2018, MOIR hosted a group chat that involved conversations and exchange of files among multiple users. This chats within the room included at least three separate conversations with other Rabbit users discussing mutual masturbation while viewing images of teen-aged or younger children. All of the messages and content exchanged among users within the room hosted by MOIR were associated with MOIR's home IP address at the time.[4]

In the course of the conversations with other Rabbit users, MOIR identified himself as a male in his mid-thirties from the "DMV," meaning the Washington D.C., Maryland, and Virginia area. This biographical information provided by MOIR to those users was accurate.

On January 16, 2019, members of the CEHTTF executed a search warrant issued by the United States District Court for the District of Columbia at XXX XXXX XXXX, Northwest, Washington, D.C, that is, MOIR's home. During the course of the search warrant, desktop computer and numerous laptop computers were seized from the basement of the home. These devices were placed into evidence and provided to a special agent employed by the United States Attorney Office ("USAO") for forensic examination.

At the time of execution of the search warrant, MOIR was located in the home. MOIR consented to a non-custodial interview outside of the home. Your affiant and a Special Agent

---

[4] According to information provided by Rabbit, all messages and content exchanged by any individual within a room using the "My Room" feature will be associated with the IP address of the host of that room.

with the FBI conducted the interview. During the interview, MOIR provided biographical information, and stated that he resides at XXX XXXX XXX, Northwest with his wife, Molly Moir, and reported that they had lived at the location for several years. MOIR stated that there were numerous electronic devices in the home, and advised that he had just been using a desktop computer in the basement of the home to watch a workout video immediately prior to law enforcement arriving to execute the search warrant.

MOIR was advised of the information that had been gathered during the course of this investigation as set forth above, and was asked if he was aware of the web application Rabbit. MOIR responded that he was aware of Rabbit. When asked if he had used Rabbit, MOIR responded, "I feel like I need a lawyer." MOIR advised that he did not wish to continue the interview without an attorney present, and the interview was concluded.

MOIR's wife, Molly Moir, who was not at home at the time law enforcement arrived at the residence, returned to the home shortly after the search warrant was executed. She agreed to speak to the same CEHTTF members who interviewed MOIR. Molly Moir advised that she was unaware of why a search warrant was being executed at her home. Your affiant advised Ms. Moir that the search warrant was in reference to child pornography being uploaded from the home's IP address. Ms. Moir advised that she had never seen any child pornography, and was not aware that her husband was accessing child pornography in the home. Ms. Moir advised that there were numerous electronic devices in the home, and stated that she did not believe anyone used the desktop computer in the basement. Ms. Moir was asked if she knew what the internet application Rabbit was, and she advised that she did not know what it is or had seen it before. When asked about specific Rabbit user names identified during the course of this investigation, Ms. Moir advised that at one point she had seen the user name "METASMIRK" on one of the

electronic devices in the home, though she could not recall on which device she had seen the user name.

Molly Moir was interviewed again at a later date in connection with the investigation, and advised members of the CEHTTF that she had thought further about the user name "METASMIRK," and recalled that it had popped up on a device in the home when the device was powered on. Ms. Moir reported that she did not think anything of the user name at the time she saw it. Ms. Moir also reported that MOIR was the primary user of the desktop computer in the basement of the home because he used the device for "gaming." She stated that MOIR used a headset when gaming so the noise did not bother anyone else in the house. Ms. Moir reported that she occasionally used the devices recovered from the basement of the home, and provided all of the user names and accounts that she had used on those devices.

Based on information learned during the investigation, members of the CEHTTF obtained a search warrant form the United States District Court for the District of Columbia for the Microsoft Hotmail accounts mistymontana@hotmail.com, tommoir@hotmail.com, breakinsmirk@hotmail.com, and metasmirk@hotmail.com. In response to the warrant, Microsoft provided content from those accounts to the CEHTTF. That content is still under review by investigators.

A review of the emails provided by Microsoft allowed your affiant to see that all of the accounts had email activity from the Rabbit application in the form of notifications to include friend requests or message notifications. The email account of metasmirk@hotmail.com is associated with the Rabbit account of "FAPPY_STROKEZ," which included user names and dates of receipt of messages via notification. The notifications included messages from users with the names "WEEFUN," "UK-MALE-PERVYMIC," and "WANKING." One notification

received regarding "WANKING" was received on September 18, 2018, advising the user "FAPPY_STROKEZ," had a message sent to him from WANKING. Your affiant knows that FAPPY_STROKEZ, was active on Rabbit on September 18, 2018 exchanging child pornography with a Rabbit user, based on the aforementioned production from Rabbit.

A Special Agent trained as a computer forensic analyst and assigned to the USAO conducted a forensic examination of the electronic devices seized from MOIR's home. These items of evidence included the desktop computer from the basement of the home and several laptop computers also recovered from the basement of the home.[5] A search of the desktop computer resulted in the recovery of thumbnail images pulled from websites visited by the user using Internet Explorer, which included two images of child pornography. The images depicted nude pre-pubescent female children with the focus of the camera on their genitalia. Additionally files associated with the email address of tommoir@hotmail.com were located on this device. The device had activity reported on it from May, 2016 until January 16, 2019, when the search warrant was executed.

A search of a laptop recovered from the search at MOIR's home also led investigators to locate numerous images of child pornography which were saved as thumbnail files by the program "Google Picasa." These images included pre-pubescent females in various states of undress with their genitalia displayed, or engaging in oral or vaginal sex acts. The laptop also contained numerous files associated with the email addresses of metasmirk@hotmail.com, tommoir@hotmail.com, and a Skype account of "METASMIRK." Additionally the device had

---

[5] The computer forensic examiner also forensically examined an iPad identified as belonging to Molly Moir and determined it did not contain any evidence of child pornography or child exploitation-related conduct. Additionally all devices and accounts found to be attributed to Ms. Moir did not contain any child pornography or child exploitation related material.

been used to download Ares, which is a peer-to-peer file sharing program commonly used by collectors of child pornography to trade images and videos. A keyword search of "Pedo"[6] had been searched five times on the Ares program. This device had activity reported on it from 2015 until December of 2017.

    Based on this evidence, there is probable cause that Thomas Moir has committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

                                            Respectfully submitted,

                                            _____

                                            Thomas Sullivan, Detective
                                            Metropolitan Police Department

Sworn to and subscribed before me on this 22nd March, 2019

_____
HONORABLE ROBIN MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

---

[6] Your affiant knows from training and experience that "pedo" is an abbreviation for pedophilia or pedophile commonly used by traffickers and collectors of child pornography or other individuals who have a sexual interest in children.