# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-mj-0067 |
| ) | |
| THOMAS MOIR, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan S. Jeffress, an attorney admitted to practice before this Court, hereby notes his appearance for Mr. Thomas Moir, the defendant in the above-captioned matter.

Respectfully submitted,

/s/
Jonathan S. Jeffress
D.C. Bar No. 479074
KaiserDillon PLLC
1099 14th St. NW, 8th Floor West
Washington, DC  20005
Telephone:   (202) 640-2850
Fax          (202) 280-1034
Email: jjeffress@kaiserdillon.com

March 29, 2019                    *Counsel for Thomas Moir*