# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 1:19-mj-00067 |
| THOMAS MOIR, ) | |
| Defendant, ) | |

## MR. THOMAS MOIR'S MOTION TO APPOINT COUNSEL

Defendant, Mr. Thomas Moir, through undersigned counsel, respectfully submits this motion to appoint the undersigned as counsel for Mr. Moir in this matter under the Criminal Justice Act. In support of this Motion, counsel respectfully submits as follows:

1. Mr. Moir submitted a Criminal Justice Act ("CJA") affidavit that was approved by this Court on April 9, 2019.

2. Undersigned counsel has represented Mr. Moir since the execution of the search warrant at Mr. Moir's home in this case on January 16, 2019. Since the time of being retained, undersigned counsel worked closely with Mr. Moir and his family, including in preparing for a possible plea and sentencing.

3. Mr. Moir was fired from his job shortly after the execution of the search warrant. He appeared for his initial appearance and detention hearing on March 27, 2019. He was ordered detained and has remained incarcerated since that date.

4. Undersigned counsel earned $19,770.30 since being retained.

5. Based upon conversations with Mr. Moir and his family, it is their desire to continue with undersigned counsel as Mr. Moir's attorney. Undersigned counsel would similarly

like to continue representing Mr. Moir through sentencing and believes that continued representation by the same attorney currently is in Mr. Moir's best interest.

      6.      Based on the foregoing, Mr. Moir respectfully requests that the Court appoint Jonathan S. Jeffress, Esq. and Emily Voshell, Esq., both of KaiserDillon PPLC, to represent him under the Criminal Justice Act.

Dated:  April 9, 2019                       Respectfully submitted,

                                            By /s/ Emily Voshell

                                            Emily Voshell (D.D.C. Bar No. 1029403)
                                            Jonathan Jeffress (D.D.C. Bar No. 479074)
                                            **KaiserDillon PLLC**
                                            1099 14th St. NW, 8th Floor West
                                            Washington, D.C. 20005
                                            Phone: (202) 683-6150
                                            Fax: (202) 280-1034
                                            evoshell@kaiserdillon.com
                                            jjeffress@kaiserdillon.com

                                            *Attorneys for Defendant*
                                            *Thomas Moir*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 1:19-mj-00067 |
| THOMAS MOIR, | ) | |
| Defendant, | ) | |

## ORDER

Upon consideration of Mr. Thomas Moir's Motion to Appoint Counsel, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that Jonathan S. Jeffress, Esq. and Emily Voshell, Esq., are hereby appointed as counsel for Mr. Moir pursuant to the Criminal Justice Act.

**SO, ORDERED**.

_____
THE HONORABLE JUDGE ROBINSON

DATE: